UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VICTOR M. CHAVEZ,

        Plaintiff,

-against-

WHITE POST WHOLESALE GROWERS, Inc.,
JOHN D. BRIGATI, DAVID H. BRIGATI and
LAUREEN M. BRIGATI,

        Defendants.

Case No.: 17-CV-01739
(LDW) (GRB)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 03 2017   ★

LONG ISLAND OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those costs and attorneys' fees specified in the Settlement Agreements) as to all claims against White Post Wholesale Growers, Inc., John D. Brigati, David H. Brigati and Laureen M. Brigati, with each party to bear its own fees and costs.

| MILMAN LABUDA LAW GROUP, PLLC | MOSER LAW FIRM, P.C. |
|---|---|
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| By: _____ | By: _____ |
| Jamie Felsen, Esq. | Steven Moser, Esq. |
| Date: 11/2/17 | Date: 11/2/17 |

SO ORDERED on this 3rd day of November 2017

- s/ Leonard D. Wexler

_____
LEONARD D. WEXLER
United States District Judge

4831-3321-1987, v. 1